# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CV-00132-DKW-WRP |
| CASE NAME: | Matsumoto Hussey v. CVS Pharmacy |
| ATTY FOR PLA: | Roman F. Amaguin, Esq. |
| ATTYS FOR DEFT: | Darin Robinson Leong, Esq.<br>Richard M. DeAgazio, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Wes Reber Porter | REPORTER: | Video Tele-Conference (VTC) no record / record |
| DATE: | 06/10/2021 | TIME:<br>RECORDED TIME: | 10:00 a.m. - 11:45 a.m.<br>11:45 a.m. - 11:51 a.m. |

COURT ACTION:   EP:   SETTLEMENT CONFERENCE and SETTLEMENT ON THE RECORD held.

Present are Plaintiff Jenny Matsumoto Hussey and John (Jack) Shea, Representative for Defendant CVS Pharmacy.

Settlement discussions held.

Settlement reached.

The Court held a Settlement on the Record by video teleconference. (11:45 a.m. – 11:51 a.m.)

Counsel Darin Robinson Leong states the key terms on the record. The Court finds that the parties have entered into a valid and enforceable settlement.

Stipulation for Dismissal shall be submitted to watson_Orders@hid.uscourts.gov no later than Friday, July 9, 2021.

All hearing dates and deadlines are hereby VACATED.

*Submitted by: Bernie Aurio, Courtroom Manager*