**LAW OFFICE OF DARIN R. LEONG**
A LIMITED LIABILITY LAW CORPORATION

DARIN R. LEONG                 8702-0
3660 Waialae Avenue, Suite 310
Honolulu, Hawaii 96816
Phone: (808) 312-1055
darin@employmentlawhawaii.com

**LITTLER MENDELSON P.C.**

RICHARD M. DeAGAZIO
One Newark Center
1085 Raymond Boulevard, 8th Floor
Newark, NJ 07102

Attorneys for Defendant
CVS PHARMACY, INC.,

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JENNY MATSUMOTO-HUSSEY,<br><br>    Plaintiff,<br><br>    vs.<br><br>CVS PHARMACY, INC.,<br><br>    Defendant. | Case No. 1:21-cv-00132-DKW-WRP<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER<br><br>Judge:  Hon. Derrick K. Watson<br><br>Trial Date:  May 16, 2022 |

**STIPULATION FOR DISMISSAL WITH
PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER**

IT IS HEREBY STIPULATED by and between all parties who have appeared in this action, by their respective counsel, that this action is dismissed with prejudice.  There are no remaining parties and/or issues.

This stipulation is based on Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action.  Trial was set for May 16, 2022.  Each party agrees to bear her/its own attorneys' fees and costs.

DATED:   Honolulu, Hawaii, July 20, 2021.

/s/ Darin R. Leong
DARIN R. LEONG
RICHARD M. DeAGAZIO

Attorneys for Defendant
CVS PHARMACY, INC.


/s/ Roman Amaguin
ROMAN AMAGUIN

Attorney for Plaintiff
JENNY MATSUMOTO-HUSSEY

APPROVED AND SO ORDERED.
   DATED:  July 27, 2021 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

*Jenny Matsumoto-Hussey v. CVS Pharmacy, Inc.,* Case No. 1:21-cv-00132-DKW-WRP; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER